**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EDWARD ARNOLD,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | |
| **AUTOZONE, INC., et al.,** | : | |
| | : | **NO. 13-1329** |
| **Defendants.** | : | |

## ORDER

    **AND NOW**, this 2nd day of March, 2016, upon consideration of Defendant Donald Davis' motion for summary judgment (Doc. No. 60), Defendant AutoZone, Inc., AutoZoners, Inc., AutoZoners, LLC, Cody Broaddus, Richard Greaves' motion for summary judgment (Doc. No. 61) and all responses and replies thereto, **IT IS HEREBY ORDERED** that:

    1.    Defendant Donald Davis' motion for summary judgment (Doc. No. 60) is **GRANTED**.

    2.    Defendant AutoZone, Inc., AutoZoners, Inc., AutoZoners, LLC, Cody Broaddus, Richard Greaves' motion for summary judgment (Doc. No. 61) is **GRANTED**.


                                BY THE COURT:


                                  */s/ Lawrence F. Stengel*
                                 LAWRENCE F. STENGEL, J.